OPINION — AG — **** RAILROAD CROSSINGS — WARNINGS — COST **** THE COST OF INSTALLATION OF SUITABLE PROTECTIVE DEVICES AT RAILROAD CROSSINGS LOCATED WITHIN THE LIMITS OF A MUNICIPALITY AND FOUND TO BE EXTRA HAZARDOUS BY THE CORPORATION COMMISSION, WHICH DIVIDED SUCH COST BETWEEN THE RAILROAD, THE STATE, AND THE MUNICIPALITY, MUST UNDER 17 O.S. 1968 Supp., 87 [17-87], TO THE EXTENT OF THE MUNICIPALITY'S OBLIGATION, BE BORNE BY THE COUNTY. CITE: 17 O.S. 1968 Supp., 86 [17-86], 11 O.S. 1961 75 [11-75], 68 O.S. 1968 Supp., 504 [68-504] (CARL ENGLING)